WILLIAM A. KERSHAW, State Bar No. 057486
LYLE W. COOK, State Bar No. 148914
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, Suite 1900
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

*Attorneys For Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUERGEN FEIERABEND,<br><br>Plaintiff,<br><br>vs.<br><br>ITT INDUSTRIES, INC.; ITT-GILFILLAN, INC. and DOES 1 through 50, inclusive.<br><br>Defendants. | CASE NO. CV-06-6230 SVW (SSx)<br><br>Assigned for All Purposes to:<br>Hon. Stephen V. Wilson, Judge<br>Courtroom: 6-312 N. Spring Street, Los Angeles, California<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff Juergen Feierabend ("Plaintiff") and Defendants ITT Industries, Inc. (correctly known as ITT Corporation) and ITT-Gilfillan, Inc. (correctly known as ITT Communications Support, Inc.) ("Defendants" or "ITT"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS** the Complaint in this matter was filed in Los Angeles Superior Court on July 6, 2006, and the case was subsequently removed to this Court by Notice of Removal dated September 29, 2006;

**WHEREAS**, a settlement of this action was reached between Plaintiff and ITT on January 16, 2007 and a Notice of Settlement was filed with this Court on

1

STIPULATION AND ORDER FOR DISMISSAL

1 that date;

2 NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Juergen Feierabend and Defendants ITT Industries, Inc. (correctly known as ITT Corporation) and ITT-Gilfillan, Inc. (correctly known as ITT Communications Support, Inc.), through their respective counsel, hereby stipulate to the dismissal WITH PREJUDICE of this action in its entirety with respect to Juergen Feierabend's claims, with each party to bear its own fees and costs.

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Juergen Feierabend and Defendants ITT Industries, Inc. (correctly known as ITT Corporation) and ITT-Gilfillan, Inc. (correctly known as ITT Communications Support, Inc.), through their respective counsel, hereby stipulate to the dismissal WITHOUT PREJUDICE of this action with respect to putative class members' claims, with each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: March 26, 2007.

KERSHAW, CUTTER & RATINOFF, LLP

By: _____
WILLIAM A. KERSHAW
*Attorneys for Plaintiff*
JUERGEN FEIERABEND

Dated: March 27, 2007.

KUTAK ROCK, LLP

By: _____
DEBORAH C. PROSSER
*Attorneys for Defendants*
ITT INDUSTRIES, INC.; ITT-GILFILLAN, INC.

1     IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure
2 41(a), the above-captioned action is hereby DISMISSED WITH PREJUDICE in its
3 entirety with respect to Juergen Feierabend's claims, with each party to bear its own
4 fees and costs.

5     IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure
6 23(e), the above-captioned action is hereby DISMISSED WITHOUT PREJUDICE
7 in its entirety with respect to putative class members' claims, with each party to
8 bear its own fees and costs.

10 Dated: 4/4/07

12                         STEPHEN V. WILSON
13                   UNITED STATES DISTRICT COURT JUDGE